UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
TODD LAMONT BAILEY,

                Plaintiff,                        19-CV-2597 (PGG) (OTW)

              -against-                        **ORDER**

J. SMITH, et al.,

              Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

An initial conference was held in this matter on March 5, 2020. Pursuant to the directions given during the conference, it is hereby **ORDERED** that:

- This case shall be stayed until March 20, 2020 to allow the parties to discuss settlement.
- Defendant is directed to file a joint status letter on March 20, 2020.

**SO ORDERED.**

Dated: March 6, 2020  
       New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge